IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA CONCEPCION, | No. C-10-CV-00401 EDL |
| Plaintiff, | **ORDER CONTINUING MOTION FOR ATTORNEY'S FEES** |
| v. | |
| WORLD SAVINGS FINANCIAL, FSB, nka WACHOVIA FINANCIAL SERVICES, INC.; WACHOVIA FINANCIAL SERVICES, INC., A WELLS FARGO COMPANY; WELLS FARGO N.A., et al. | |
| Defendants. | |

    Good cause having been shown, the hearing on Defendants' Motion for Attorney's Fees, set for hearing on May 4, 2010, is hereby continued to June 15, 2010 at 9:00 a.m. Plaintiff shall have until May 25, 2010 to file an opposition, and Defendants shall have until June 1, 2010 to file a reply.

**IT IS SO ORDERED.**

Dated: May 4, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge