1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

9
10
11

ANITA CONCEPCION,

12

Plaintiff,

13

vs.

14   WORLD SAVINGS, F.S.B., NKA WACHOVIA
     FINANCIAL SERVICES, INC.; WACHOVIA
15   FINANCIAL SERVICES, INC., a WELLS
     FARGO COMPANY; WELLS FARGO, N.A.,
16   DOES 1 – 10, inclusive,

17

Defendants.

18
19
20
21
22
23

CASE NO.:  C10-00401 EDL ADR

[Assigned to Hon. Elizabeth D. Laporte,
Magistrate Judge]

ORDER ON WACHOVIA'S REQUEST
~~FOR DETERMINATION OF ITS
MOTION FOR AWARD OF
ATTORNEYS' FEES WITHOUT ORAL
ARGUMENT OR IN THE
ALTERNATIVE~~ TO ALLOW FOR
TELEPHONIC APPEARANCE

Date:      June 15, 2010
Time:      9:00 a.m.
Crtrm:    E, 15th Floor

24       The Court, having reviewed the Request of Defendants WACHOVIA MORTGAGE, a

25   Division of Wells Fargo Bank, N.A., (f/k/a Wachovia Mortgage, FSB, f/k/a WORLD SAVINGS,

26   FSB); WACHOVIA FINANCIAL SERVICES, INC.; WELLS FARGO BANK, N.A.

27   (collectively "DEFENDANTS") to have its Motion for an Award of Attorney's Fees determined

28   without oral argument and good cause appearing:

1    _____ DEFENDANTS' Motion for an Award of Attorney's Fees is taken under submission.

2    _____ [or]

3    _____ DEFENDANTS may appear at the hearing on their Motion for an Award of Attorney's

4    Fees by telephone conference call.

5

6    **IT IS SO ORDERED**

7

8    Dated: _____ June 9, 2010

         HON. ELIZABETH D. LAPORTE
9        UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C:\Documents and Settings\emh\Local Settings\Temporary Internet
Files\OLK1D\Concepcion Proposed Order on 7-1(b) Request 2D -
205884.doc
                                    2
                                                                          ORDER ON
                                                          WACHOVIA'S LOCAL RULE 7-1(B) REQUEST